IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Michael Gibert, | ) | C/A No. 0:16-3184-MGL-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| South Carolina Department of Corrections; | ) | |
| Grealin Frazier; Fletcher McBride, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The plaintiff, Michael Gibert, filed this civil action in September 2016. This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). On November 14, 2016, the court issued an Amended Scheduling Order in this matter that set a dispositive motions deadline of August 10, 2017. (ECF No. 13.) As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of this case. The parties are directed to inform the court in writing of the status of this case on or before **August 18, 2017** and advise the court as to whether the case is ready for trial.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

August 11, 2017
Columbia, South Carolina