IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Michael Gibert, | ) | C/A No.  0:16-3184-MGL-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| South Carolina Department of Corrections; | ) | |
| Grealin Frazier; Fletcher McBride; Chris | ) | |
| Golden, *in his official capacity as Investigator* | ) | |
| *with the South Carolina Law Enforcement* | ) | |
| *Division*; South Carolina Law Enforcement | ) | |
| Division, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The plaintiff, Michael Gibert, filed this civil action in September 2016.  This matter is before

the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.).  On August 24,

2017, the court amended the scheduling order in this matter and set a dispositive motions deadline

of November 30, 2017.  (ECF No. 25.)  As of the date of this order, no party has filed a potentially

dispositive motion regarding the merits of this case.  The parties are directed to inform the court in

writing of the status of this case on or before **December 8, 2017** and advise the court as to whether

the case is ready for trial.

**IT IS SO ORDERED.**

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

December 1, 2017
Columbia, South Carolina