IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| MICHAEL GIBERT, | Civil Action No. 0:16-cv-3184-MGL-PJG |
| PLAINTIFF, | |
| v. | ORDER GRANTING DEFENDANT CHRIS GOLDEN'S MOTION FOR LEAVE TO TAKE THE DEPOSITIONS OF MICHAEL GIBERT, (SCDC#194379); DESHAWN POWELL, (SCDC#350880); AND ANTHONY ENRIQUEZ (SCDC #215961) |
| SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, GREALIN FRAZIER, FLETCHER MCBRIDE, CHRIS GOLDEN, IN HIS OFFICIAL CAPACITY AS INVESTIGATOR WITH SOUTH CAROLINA LAW ENFORCEMENT DIVISION, SOUTH CAROLINA LAW ENFORCEMENT DIVISION, | |
| DEFENDANTS. | |

This matter comes before the Court in response to a Motion for Leave to Take Depositions filed by the Defendant Chris Golden, who seeks to take the depositions of inmate Michael Gibert, (SCDC#194379), inmate DeShawn Powell, (SCDC#350880) and inmate Anthony Enriquez (SCDC #215961) in the present case. Each of the proposed deponents are inmates that are currently incarcerated within the South Carolina Department of Corrections. Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure requires that a party must obtain leave of Court if the person to be examined is confined in prison, and it appearing that the named Plaintiff has filed suit in the United States District Court of South Carolina, seeking damages allegedly resulting from the actions and/or inactions of this Defendant while the named Plaintiff was incarcerated at the Leiber Correctional Institution.

IT IS THEREFORE ORDERED, upon Defendant's Motion, that leave of Court is granted for the deposition of inmates Michael Gibert, (SCDC#194379), DeShawn Powell,

(SCDC#350880) and Anthony Enriquez (SCDC #215961), in accordance with Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure.

    IT IS SO ORDERED.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

May 3, 2018
Columbia, South Carolina